UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-022

No. **25-1055**
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL–CIO,
                          Petitioner
v.
United States Environmental Protection Agency

No. **25-1079**
American Chemistry Council and Georgia Chemistry Council,
                          Petitioners
v.
United States Environmental Protection Agency

No. **25-1080**
Microporous LLC,
                          Petitioner
v.
United States Environmental Protection Agency

No. **25-1081**
Ohio Chemistry Technology Council,
                          Petitioner
v.
United States Environmental Protection Agency

No. **25-1082**
Environmental Defense Fund,
                          Petitioner
v.
United States Environmental Protection Agency

No. **25-1083**
Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,
                          Petitioners
v.
United States Environmental Protection Agency

No. **25-1084**

Trent Capital Partners,

Petitioner

v.

United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)

Present: SMITH, Circuit Judge

1. Motion by Microporous LLC (Petitioner in No. 25-1080) to Stay Rule pending Judicial Review and for Temporary Administrative Stay

2. Motion by Alliance for a Strong U.S. Battery Sector (Petitioner in No. 25-1083) for Stay pending Judicial Review and for Temporary Administrative Stay

3. Motion by Respondent for Clarification Regarding Stay Motions and, If Necessary, Revocation of Administrative Stay

4. Letter from Microporous LLC and Alliance for a Strong U.S. Battery Sector (Petitioners in Nos. 25-1080 and 25-1083) Requesting Opportunity to Oppose EPA's Motion

Respectfully,
Clerk

_____ORDER_____

Before these petitions were transferred to this Court, the U.S. Court of Appeals for the Fifth Circuit administratively stayed the effective date of the Rule these petitions challenge. The Fifth Circuit's stay remains in place until further order of this Court.

Any response to the EPA's motion to clarify, modify, or revoke the Fifth Circuit's administrative stay must be filed within five days, i.e., by January 21, 2025.

If any petitioners want to file new stay motions or supplement the pre-transfer stay motions filed in other circuits, the petitioners must do so within five days, i.e., by January 21, 2025. The EPA's response to all stay motions must then be filed by January 28, 2025.

The motions will be considered by a panel of this Court after responses are filed.

By the Court,

s/ D. Brooks Smith
Circuit Judge

Dated: January 16, 2025
Amr/cc: All counsel of record