

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8511
DFEITH@SIDLEY.COM

January 22, 2025

**By CM/ECF**

Ms. Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *United Steel, Paper, and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, et al. v. EPA*, No. 25-1055 (3d Cir.) and consolidated cases

Dear Ms. Dodszuweit:

      We represent Petitioners Alliance for a Strong U.S. Battery Sector (Alliance) and Microporous LLC (collectively, "Petitioners") in the above captioned cases. We write with respect to the Emergency Motion of Labor and Environmental Petitioners for Revocation of the Fifth Circuit Administrative Stay filed yesterday. *See* No. 25-1055, Dkt. 12. We respectfully request that the Court enter an order setting a deadline for Petitioners to respond to the emergency motion by January 28, the same day EPA's response to Petitioners' stay motions is due.

      This case involves a challenge to a final rule issued by EPA on December 17, 2024, after a years-long rulemaking process. The Alliance and Microporous promptly challenged the rule in the Fifth and Sixth Circuits, respectively, and, on January 13, 2025, each filed motions seeking to stay the rule pending review and to administratively stay the Rule's effective date of January 16, 2025 to permit full consideration of those stay motions. The Fifth Circuit entered a temporary administrative stay of the effective date on January 13 and ordered EPA to respond by Friday, January 17. On January 15, after the various challenges to the Rule were consolidated in this Court, rather than adhere to that schedule, EPA filed an emergency motion in this Court seeking to revoke the administrative stay. On January 16, this Court entered an order stating that the administrative stay remains in effect until further order of the Court, directing Petitioners to file any response to EPA's emergency motion by January 21, and directing EPA to respond to any stay motions by January 28. Yesterday, Petitioners filed an opposition to EPA's emergency motion.

      Petitioners respectfully seek the opportunity to be heard on the new emergency motion filed yesterday. As we will explain, that new emergency motion, like EPA's emergency motion, is meritless and identifies no valid reason to revoke the administrative stay. Given the timing of the emergency motion, and the existing briefing schedule set by the Court, Petitioners respectfully request that the Court set a deadline of January 28 to file an opposition to the emergency motion.

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

                                                           Respectfully,

| | |
|---|---|
| */s/ Barbara A. Smith* | */s/ Daniel J. Feith* |
| Barbara A. Smith | Daniel J. Feith |
| *Counsel for Microporous LLC* | *Counsel for Alliance for a Strong U.S. Battery Sector* |