No. 25-1055; 25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084; 25-1093;
25-1098; 25-1118; 25-1132; 25-1133; 25-1144
MCP No. 193

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL; MICROPOROUS, LLC; MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; PPG INDUSTRIES, INC.; OLIN CORP.;

*Petitioners*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondent.*

ON PETITION FOR REVIEW OF AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**RESPONDENTS' REQUEST TO EXTEND DEADLINES FOR SIXTY DAYS; WITHDRAWAL OF EMERGENCY MOTION TO LIFT STAY**

Respondents the United States Environmental Protection Agency and James Payne,[1] Acting Administrator (collectively EPA) request that the Court extend all deadlines in these consolidated matters for sixty days, including, but not limited to, EPA's time to respond to the motions of Petitioners Alliance for a Strong U.S. Battery Sector, Microporous LLC and PPG's Industries Inc. to stay the final rule, "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 102568 (Dec. 17, 2024) ("TCE Rule") pending judicial review.

Given the change in Administration that occurred on January 20, 2025, EPA requests a sixty-day extension of all deadlines to allow the Agency to brief new administration officials with decision-making responsibility about this case and the issues presented. In particular, EPA needs time to review and take action consistent with the Executive Order, "Regulatory Freeze Pending Review," which directs EPA to "consider postponing for 60 days from [January 20, 2025] the effective date for any rules," like the one at issue here, that "have not taken effect, for the purpose of reviewing any questions of fact, law, and policy that the rules may raise." [2]

---

[1] Acting Administrator James Payne is substituted for former Acting Administrator Jane Nishida pursuant to Federal Rule of Appellate Procedure 43(c)(2).
[2] https://www.whitehouse.gov/presidential-actions/2025/01/regulatory-freeze-pending-review/

In consideration of that Executive Order, therefore, EPA requests a sixty day extension of all parties' deadlines, including a sixty day extension of EPA's deadlines to respond to: (1) the three motions to stay filed by Petitioners Alliance for a Strong U.S. Battery, Microporous, and PPG Industries; and (2) the motion to lift the administrative stay filed by Petitioners Center for Environmental Health Environmental Defense Fund; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; the Massachusetts Coalition for Occupational Safety; and United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial Workers International Union; and (3) EPA's deadline to file the certified index to the administrative record.

In addition, at this time, EPA also withdraws its request to lift the administrative stay previously issued by the Fifth Circuit Court of Appeals, filed on January 15, 2025, *see* D.E. 4.

                                                  Respectfully requested,

                                                  LISA RUSSELL

*Of Counsel:*                        *Acting Assistant Attorney General*
Hunter Kendrick
Stephanie Schwarz
Amanda Wells                    /s/Laura J. Brown
Office of the General Counsel    *Senior Attorney*
U.S. EPA, Washington, DC      Environmental Defense Section
                                     Environment and Natural Resources
                                     Division
                                     U.S. Department of Justice
                                     P.O. Box 7611
                                     Washington, D.C.  20044

(202) 514-3376

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it contains 349 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: January 24, 2025

*/s/ Laura J. Brown*

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. Service by the appellate CM/ECF system will be accomplished on the participants in this case that are registered CM/ECF users and have entered an appearance. In addition, I have emailed a copy of the attached motion to each of the counsel identified below:

**Counsel for Petitioner Massachusetts Coalition for Occupational Safety and Health**
Rachel Smit
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 841-8188
rachel@fairworklaw.com

Randy S. Rabinowitz
Victoria L. Bor
OCCUPATIONAL SAFETY AND HEALTH LAW PROJECT, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
(301) 785-3204
randy@oshlaw.org
victoriabor87@gmail.com

**Counsel for Petitioner Environmental Defense Fund**
Samantha Liskow
Environmental Defense Fund
257 Park Ave S.
New York, NY 10010
(212) 616-1247
sliskow@edf.org

**Counsel for United Steel, Paper United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO**
Randy S. Rabinowitz
Victoria L. Bor
OCCUPATIONAL SAFETY AND HEALTH LAW PROJECT, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
(301) 785-3204
randy@oshlaw.org
victoriabor87@gmail.com

**Counsel for Petitioner Microporous LLC**
Ms. Melanie Black Dubis
Parker Poe Adams & Bernstein
P.O. Box 389
Raleigh, NC 27602-0389
melaniedubis@parkerpoe.com

**Counsel for Petitioner Center for Environmental Health**
Robert M. Sussman
Sussman & Associates
3101 Garfield St. NW
Washington DC 20008
bobsussman1@comcast.net
202-716-0118

**Counsel for Petitioners American Chemistry Council and Georgia Chemistry Council**
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dchung@crowell.com

**Counsel for Petitioner Olin Corporation**
Keith Bradley
Kayla Marie Mendez
717 Seventeenth Street, Suite 1825
Denver, CO 80202
Tel: 303-830-1776
Fax: 894-9239
Keith.Bradley@squirepb.com
kayla.mendez@squirepb.com

Samuel B. Ballingrud
2550 M Street, NW
Washington, DC 20037
samuel.ballingrud@squirepb.com

W. Caffey Norman
2550 M Street NW
Washington, DC 20037
Tel: (202) 460-9495
caffeynorman@outlook.com

**Counsel for Petitioner Alliance for a Strong U.S. Battery Sector**
Daniel J. Feith
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
dfeith@sidley.com

**Counsel for Petitioner Missouri Alliance for a Strong U.S. Battery Sector**
Barbara A. Smith
BRYAN CAVE LEIGHTON PAISNER, LLP 211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2367
barbara.smith@bclplaw.com

**Counsel for Texas Chemistry Council, Inc.**
David A. Terry

Hunton Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-3667
dterry@huntonak.com
blevey@huntonak.com

**Counsel for Petitioner Trent Capital LLC**
Brandon O. Moulard
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia 30309
Phone: 678.690.5750
brandonmoulard@parkerpoe.com

**Counsel for Petitioner**
**Ohio Chemistry Technology Council**
Robert J. Karl
Eric B. Gallon
Porter, Wright, Morris & Arthur LLP
41 S. High Street, Suite 3000
Columbus, OH 43215-6194
Telephone: 614-227-1925
Rkarl@porterwright.com
Egallon@porterwright.com

**Counsel for Petitioner United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO**
Randy Rabinowitz
Occupational Safety and Health Law Project, LLC P.O. Box 3769
Washington, D.C. 20027
202/256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety and Health Law Project, LLC P.O. Box 3769
Washington, D.C. 20027
301/785-3204
victoriabor87@gmail.com
Dated: January 15, 2025

**Counsel for PPG Industries, Inc.**
Eric P. Gotting
KELLER AND HECKMAN LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001
Telephone: (202) 434-4100
Facsimile: (202) 434-4646
gotting@khlaw.com

                                        */s/ Laura J. Brown*