

January 27, 2025

<u>Submitted via CM/ECF</u>
Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *United Steel, et al. v. EPA*, No. 25-1055 (3rd Cir.) and consolidated cases

Dear Ms. Dodszuweit:

This letter is submitted on behalf of the following Petitioners in the above captioned cases: Center for Environmental Health; Environmental Defense Fund; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; the Massachusetts Coalition for Occupational Safety; and United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial Workers International Union ("Labor and Environmental Petitioners").

**Labor and Environmental Petitioners Oppose EPA's Request to Extend Deadlines**

On January 21, 2025, the Labor and Environmental Petitioners filed an Emergency Motion for Revocation of the Fifth Circuit Administrative Stay. Dckt. No. 12. The next day, Petitioners Alliance for a Strong U.S. Battery Sector and Microporous LLC submitted a letter seeking to respond to the emergency motion, requesting that the Court set a deadline for that response for January 28, 2025. Dckt. No. 13. This Court then issued an order, on January 24, 2025, requiring that any response to the Emergency Motion be filed by January 28, 2025.

On Friday, January 25, 2025, Respondent EPA filed a motion entitled Respondents' Request to Extend Deadlines for Sixty Days; Withdrawal of Emergency Motion to Lift Stay. Among other requests, EPA has sought a sixty-day extension of its deadline to respond to the Labor and Environmental Petitioners' emergency motion. Dckt. No. 17. The Labor and Environmental Petitioners write advise the Court that we <u>oppose</u> EPA's request, and plan to file an opposition with the Court within the time provided by Federal Rule of Appellate Procedure 27(a)(3).

**Labor and Environmental Petitioners Intend to File Responses Opposing Industry Petitioners' Motions to Stay**

Three Petitioners – Alliance for a Strong U.S. Battery Sector, Microporous, and PPG Industries – have filed motions to stay certain portions of EPA's Rule "Trichloroethylene (TCE); Regulation

257 Park Avenue South
New York, NY 10010

T 212 505 2100
F 212 505 2375
EDF.org

New York, NY / Austin, TX / Bentonville, AR / Boston, MA / Boulder, CO / Raleigh, NC / Sacramento, CA San Francisco, CA / Washington, DC / Beijing, China / La Paz, Mexico / London, UK
Totally chlorine free 100% post-consumer recycled paper

Under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 102568 (Dec. 17, 2024). *See* Alliance motion, Dckt. No. 16, Case No. 25-1083 (January 21, 2025); Microporous motion, Dckt. No. 14-1, Case No. 25-1080 (January 21, 2025); and PPG motion, Dckt. No. 2, Case No. 25-1118 (January 21, 2025). The Labor and Environmental Petitioners plan to respond in opposition to these motions by January 31, 2025. We request that the Court take no action on these stay motions until we have had the opportunity to respond.

                                              Sincerely,

                                              /s/ Samantha Liskow
Samantha Liskow
Environmental Defense Fund
257 Park Ave S
New York, NY 10010
212-616-1247
sliskow@edf.org

*Counsel for Environmental Defense Fund*

Randy S. Rabinowitz
Occupational Safety and Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
202/256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety and Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
301/785-3204
victoriabor87@gmail.com

*Counsel for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; the Massachusetts Coalition for Occupational Safety; and United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial Workers International Union*

Robert M. Sussman
Sussman & Associates
310 Garfield St., N.W.
Washington, D.C. 20008
202-716-0118
bobsussman1@comcast.net

*Counsel for Center for Environmental Health*