UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-023

**No. 25-1055**

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL–CIO,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1079**

American Chemistry Council and Georgia Chemistry Council,

Petitioners

v.

United States Environmental Protection Agency

**No. 25-1080**

Microporous LLC,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1081**

Ohio Chemistry Technology Council,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1082**

Environmental Defense Fund,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1083**

Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,

Petitioners

v.

United States Environmental Protection Agency

**No. 25-1084**
Trent Capital Partners,
                              Petitioner

v.

United States Environmental Protection Agency

**No. 25-1093**
Massachusetts Coalition for Occupational Safety and Health,
                              Petitioner

v.

United States Environmental Protection Agency

**No. 25-1098**
United Automobile, Aerospace and Agricultural Implement Workers of America, AFL–CIO,
                              Petitioner

v.

United States Environmental Protection Agency

**No. 25-1118**
PPG Industries, Inc.,
                              Petitioner

v.

United States Environmental Protection Agency

**No. 25-1132**
Olin Corporation,
                              Petitioner

v.

United States Environmental Protection Agency

**No. 25-1133**
Missouri Alliance for a Strong U.S. Battery Sector,
                              Petitioner

v.

United States Environmental Protection Agency

No. **25-1144**
Center for Environmental Health,
Petitioner
v.
United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)

Present: MATEY and SMITH, <u>Circuit Judges</u>

1. Motion by Microporous LLC to Stay Rule pending Judicial Review and for Temporary Administrative Stay

2. Motion by Alliance for a Strong U.S. Battery Sector for Stay pending Judicial Review and for Temporary Administrative Stay

3. Motion by Respondent for Clarification Regarding Stay Motions and, If Necessary, Revocation of Administrative Stay

4. Supplement to Pre-Transfer Stay Motion by Alliance for a Strong U.S. Battery Sector

5. Motion by Alliance for a Strong U.S. Battery Sector to Seal Its Supplement to Pre-Transfer Stay Motion

6. Response by Microporous LLC and Alliance for a Strong U.S. Battery Sector to Respondent's Motion

7. Supplement to Pre-Transfer Stay Motion by Microporous LLC

8. Motion by "Labor and Environmental Petitioners" for Revocation of the Fifth Circuit's Administrative Stay

9. Motion by PPG Industries, Inc., for Stay pending Review

10. Motion by Respondent to Extend Deadlines for Sixty Days and to Withdraw Motion to Lift Administrative Stay

11. Letter from "Labor and Environmental Petitioners" about Opposing Respondent's Extension Motion and Stay Motions

Respectfully,
Clerk

_____ORDER_____

The respondent's motion to extend all deadlines for sixty days is granted as follows. Any responses to the stay motions and the Labor and Environmental Petitioners'

motion to lift the administrative stay must be filed within sixty days of this order. The respondent must also file the record within sixty days of this order.

Because the respondent withdrew its motion to clarify, modify, or revoke the administrative stay, the Clerk will mark that motion withdrawn.

By the Court,

s/ D. Brooks Smith
Circuit Judge

Dated: January 27, 2025
AMR/JK/cc: All Counsel of Record