UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-082

**No. 25-1055**

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL–CIO,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1079**

American Chemistry Council and Georgia Chemistry Council,

Petitioners

v.

United States Environmental Protection Agency

**No. 25-1080**

Microporous LLC,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1081**

Ohio Chemistry Technology Council,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1082**

Environmental Defense Fund,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1083**

Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,

Petitioners

v.

United States Environmental Protection Agency

**No. 25-1084**
Trent Capital Partners,
         Petitioner
v.
United States Environmental Protection Agency

**No. 25-1098**
United Automobile, Aerospace and Agricultural Implement Workers of America, AFL–CIO,
         Petitioner
v.
United States Environmental Protection Agency

**No. 25-1118**
PPG Industries, Inc.,
         Petitioner
v.
United States Environmental Protection Agency

**No. 25-1132**
Olin Corporation,
         Petitioner
v.
United States Environmental Protection Agency

**No. 25-1133**
Missouri Alliance for a Strong U.S. Battery Sector,
         Petitioner
v.
United States Environmental Protection Agency

**No. 25-1144**
Center for Environmental Health,
         Petitioner
v.
United States Environmental Protection Agency

No. **25-1509**
Vinyl Institute, Inc.,
                                                  Petitioner
v.
United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)


Present:  KRAUSE and MATEY, <u>Circuit Judges</u>

1. Motion by Microporous LLC to Stay Rule pending Judicial Review and for Temporary Administrative Stay [1/15/25]

2. Motion by Alliance for a Strong U.S. Battery Sector for Stay pending Judicial Review and for Temporary Administrative Stay [1/15/25]

3. Supplement to Pre-Transfer Stay Motion by Alliance for a Strong U.S. Battery Sector [1/21/25]

4. Motion by Alliance for a Strong U.S. Battery Sector to Seal Its Supplement to Pre-Transfer Stay Motion [1/21/25]

5. Supplement to Pre-Transfer Stay Motion by Microporous LLC [1/21/25]

6. Motion by "Labor and Environmental Petitioners" for Revocation of the Fifth Circuit's Administrative Stay [1/21/25]

7. Motion by PPG Industries, Inc., for Stay pending Review [1/21/25]

8. Motions to Intervene in Support of Respondent, Filed by

    [Petitioners in Nos. 25-1055, 25-1098, and 25-1144:] United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; and Center for Environmental Health [1/30/25]

    [Petitioner in No. 25-1082:] Environmental Defense Fund [1/30/25]

9. Opposition to Intervention Motions, Filed by Alliance for a Strong U.S. Battery Sector and Microporous, LLC [2/10/25]

10. Partial Opposition to Intervention Motions, Filed by PPG Industries, Inc. [2/10/25]

11. Reply regarding Intervention Motions, Filed by Environmental Defense Fund [2/18/25]

12. Reply regarding Intervention Motions, Filed by USW, UAW, and CEH [2/27/25]

13. Respondent's Motion to Extend Deadlines for Sixty Days [3/21/25]

14. Opposition to Extension Motion, Filed by "Labor and Environmental Petitioners" [3/25/25]

Respectfully,
Clerk/amr

_____ORDER_____

The Labor and Environmental Petitioners' motion to lift the administrative stay is **GRANTED** in part as follows. The administrative stay is lifted except as to the provisions that are subject to the EPA's notice of postponement issued March 21, 2025.

The respondent's motion to extend all deadlines is deemed moot as to any response to the Labor and Environmental Petitioners' motion to lift the administrative stay and is **GRANTED** in part as to the pending stay motions as follows. Any response to the stay motions must be filed within sixty days of this order. The respondent must also file the record within sixty days of this order. The Court does not anticipate granting a further extension of the remaining administrative stay.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: March 28, 2025
cc: all counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk