# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY MICROPOROUS, LLC; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; PPG INC.; and VINYL INSTITUTE, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. <br><br> Respondents. | Lead Case No. 25-1055 <br><br> Consolidated with Case Nos. 25-1079, 25-1080, 25-1081 25-1082, 25-1083, 25-1084, 25-1093, 25-1098, 25-1118, 25-1132, 25-1133, 25-1144, and 25-1509 |

**MOTION OF ENVIRONMENTAL AND LABOR PETITIONERS FOR EXTENSION OF TIME TO RESPOND TO <u>EPA'S MOTION TO HOLD THE CASE IN ABEYANCE</u>**

Petitioners Center for Environmental Health; Environmental Defense Fund; United Steel, Paper, and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union; and International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (collectively, the Environmental and Labor Petitioners) seek a brief extension of two business days to respond to EPA's May 27, 2025 motion to hold this case in abeyance.

Before the Court are consolidated petitions of labor, environmental, and industry parties to review EPA's regulation entitled "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 102568 (the "TCE Rule"). Currently pending are motions by petitioners in two industry sectors to stay certain parts of the TCE Rule. In addition, on May 27, EPA filed its third motion to hold this case in abeyance. Dckt. No. 57-1. The proposed abeyance would put this case on hold indefinitely while EPA conducts further rulemaking to reconsider and amend the TCE Rule, an effort that EPA estimates will take between 18 and 24 months. *Id.* at 5.

The deadline for filing replies in support of the industry petitioners' pending stay motions is June 10, 2025. Dckt. No. 55. Under the Court's rules, responses to EPA's abeyance motion are currently due on June 6, 2025.

2

The Environmental and Labor Petitioners plan to respond to EPA's abeyance motion, and seek a brief extension of the due date in order to file their response on June 10, the same day that replies in support of the stay motions are due. The Petitioners are seeking this extension – of only two business days – to accommodate other commitments and to assure that they have sufficient time to consider the interrelationship between the proposed abeyance and current and possible future efforts by the Agency to delay compliance with the challenged Rule's requirements aimed at protecting against unsafe TCE exposure. This brief delay will impose no hardships on the other parties nor cause undue delay in this litigation. Rather, it will simply align the due dates for the stay replies and the abeyance responses. There is thus "good cause" for the requested extension.

The undersigned counsel has conferred with counsel for the other parties on this request for extension, and all counsel have either stated that they do not oppose the motion or that they take no position. For the reasons stated above, the Environmental and Labor Petitioners respectfully request that the Court extend the deadline to respond to EPA's abeyance motion to June 10, 2025.

Dated: May 30, 2025

Respectfully submitted,

*/s/* Samantha Liskow
Samantha Liskow
ENVIRONMENTAL DEFENSE FUND
257 PARK AVE S
NEW YORK, NY 10010
(212) 616-1247
sliskow@edf.org

*Counsel for Environmental Defense Fund*

/s/ Robert M. Sussman
Robert M. Sussman
Sussman & Associates
310 Garfield St., N.W.
Washington, D.C. 20008
202-716-0118
bobsussman@comcast.net

*Counsel for Center for Environmental Health*

/s/ Randy Rabinowitz
Randy Rabinowitz
Occupational Safety and Health Law Project
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety and Health Law Project
P.O. Box 3769
Washington, D.C. 20027
(301) 785-3204
victoriabor87@gmail.com

*Counsel for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; and United Steel, Paper, and Forestry, Rubber Manufacturing, Energy, Allied Industrial Workers International Union*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure ("Rule") 27(d) because it contains 433 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). The motion also complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED: May 30, 2025

*/s/ Samantha Liskow*
Samantha Liskow

## CERTIFICATE OF SERVICE

I certify that today I filed the foregoing response brief by filing this document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit, through the Electronic Case Filing (ECF) system.

DATED: March 30, 2025

*/s/ Samantha Liskow*
Samantha Liskow