No. 25-1055; 25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084; 25-1098; 25-1118; 25-1132; 25-1133; 25-1144; 25-1509
MCP No. 193

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL; MICROPOROUS, LLC; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; PPG INDUSTRIES, INC.; OLIN CORP.; AND VINYL INSTITUTE

*Petitioners*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondents.*

ON PETITION FOR REVIEW OF AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**RESPONDENTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO ABEYANCE MOTION RESPONSES**

Respondents the United States Environmental Protection Agency and Lee Zeldin, Administrator, (collectively "EPA") seek a brief extension until June 18, 2025 to file a consolidated reply to the responses to EPA's abeyance motion filed by (1) Alliance for Strong U.S. Battery Sector, ECF No. 60; and (2) Center for Environmental Health, Environmental Defense Fund, Allied Industrial and Service Workers International Union, and International Union United Automobile, Aerospace, & Agricultural Implement Workers of America (collectively "Environmental and Labor Petitioners"), ECF No. 65.[1]

In this consolidated action, multiple petitioners challenge EPA's final rule regulating trichloroethylene, also known as TCE, under the Toxic Substances Control Act. On May 27, 2025, EPA filed a motion seeking to hold this case in abeyance while EPA reconsiders the final rule. ECF No. 57. On June 6 2025, Petitioner Alliance for a U.S. Strong Battery filed its response and on June 10, 2025 Environmental and Labor Petitioners filed their response to EPA's abeyance motion. ECF Nos. 60 & 65.

The deadline to file a reply to Petitioner Alliance's response is June 13, 2025 and the deadline to file a reply to Environmental and Labor Petitioners is June 17, 2025. To allow EPA to file a single reply addressing both response briefs and to

---

[1] Docket numbers are for the lead case, Civ. No. 25-1055.

allow for adequate management-review time, EPA requests an extension to June 18, 2025 to file a consolidated reply.

Undersigned counsel has conferred with counsel for the other parties on this extension request, and it is unopposed.

## CONCLUSION

For the foregoing reasons, and good cause shown, EPA respectfully requests that the Court extend the deadline for it to file its reply to June 18, 2025.

Respectfully submitted,

ADAM R. F. GUSTAFSON
  *Acting Assistant Attorney General*

| | |
|---|---|
| *Of Counsel:* |  /s/ Laura J. Brown |
| STEPHANIE SCHWARZ | LAURA J. BROWN |
| AMANDA WELLS | LAURA J. GLICKMAN |
|   Office of the General Counsel |   *Environmental Defense Section* |
|   U.S. Environmental Protection Agency |   Environment and Natural Resources Division |
|   Washington, D.C. |   U.S. Department of Justice |
| |   P.O. Box 7611 |
| |   Washington, D.C. 20044 |
| |   (202) 514-3376 |
| June 11, 2025 |   *Laura.J.S.Brown@usdoj.gov* |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it contains 280 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: June 11, 2025

*/s/ Laura J. Brown*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. Service by the appellate CM/ECF system will be accomplished on the participants in this case that are registered CM/ECF users and have entered an appearance.

<em><u>/s/ Laura J. Brown</u></em>