UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-082

**No. 25-1055**
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL–CIO,
 Petitioner
v.
United States Environmental Protection Agency

**No. 25-1079**
American Chemistry Council and Georgia Chemistry Council,
 Petitioners
v.
United States Environmental Protection Agency

**No. 25-1080**
Microporous LLC,
 Petitioner
v.
United States Environmental Protection Agency

**No. 25-1081**
Ohio Chemistry Technology Council,
 Petitioner
v.
United States Environmental Protection Agency

**No. 25-1082**
Environmental Defense Fund,
 Petitioner
v.
United States Environmental Protection Agency

**No. 25-1083**
Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,
 Petitioners
v.
United States Environmental Protection Agency

**No. 25-1084**
Trent Capital Partners,
                                                      Petitioner
v.
United States Environmental Protection Agency

**No. 25-1098**
United Automobile, Aerospace and Agricultural Implement Workers of America, AFL–CIO,
                                                      Petitioner
v.
United States Environmental Protection Agency

**No. 25-1118**
PPG Industries, Inc.,
                                                      Petitioner
v.
United States Environmental Protection Agency

**No. 25-1132**
Olin Corporation,
                                                      Petitioner
v.
United States Environmental Protection Agency

**No. 25-1133**
Missouri Alliance for a Strong U.S. Battery Sector,
                                                      Petitioner
v.
United States Environmental Protection Agency

**No. 25-1144**
Center for Environmental Health,
                                                      Petitioner
v.
United States Environmental Protection Agency

No. 25-**1509**
Vinyl Institute, Inc.,
                                    Petitioner

v.

United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)

Present: KRAUSE and MATEY, <u>Circuit Judges</u>

1. Motions to Intervene in Support of Respondent, Filed by [Petitioners in Nos. 25-1055, 25-1098, and 25-1144:] United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; and Center for Environmental Health [1/30/25] [Petitioner in No. 25-1082:] Environmental Defense Fund [1/30/25]
2. Opposition to Intervention Motions, Filed by Alliance for a Strong U.S. Battery Sector and Microporous, LLC [2/10/25]
3. Partial Opposition to Intervention Motions, Filed by PPG Industries, Inc. [2/10/25]
4. Reply regarding Intervention Motions, Filed by Environmental Defense Fund [2/18/25]
5. Reply regarding Intervention Motions, Filed by USW, UAW, and Center for Environmental Health [2/27/25]

                                                         Respectfully,
                                                         Clerk/tmm

_____ORDER_____

The motions to intervene filed by the Environmental Defense Fund, USW, UAW, and Center for Environmental Health are **GRANTED.**

                                                         By the Court,

                                                         <u>s/ Cheryl Ann Krause</u>
                                                         Circuit Judge

Dated: June 17, 2025
Amr/cc: All counsel of record