No. 25-1055; 25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084; 25-1098;
25-1118; 25-1132; 25-1133; 25-1144; 25-1509
MCP No. 193

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL; MICROPOROUS, LLC; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; PPG INDUSTRIES, INC.; OLIN CORP.; AND VINYL INSTITUTE

*Petitioners*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondents.*

ON PETITION FOR REVIEW OF AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**RESPONSE TO PETITIONER ENRIVONMENTAL DEFENSE FUND'S 28(j) LETTER REGARDING POSTPONEMENT OF EFFECTIVE DATE**

Respondents the United States Environmental Protection Agency and Lee Zeldin, Administrator (collectively, EPA) submit this response to the letter submitted by Petitioner Environmental Defense Fund pursuant to Federal Rule of Appellate Procedure 28(j), ECF No. 66. As referenced in that letter, pursuant to section 705 of the Administrative Procedure Act, 5 U.S.C. § 705 EPA has further extended by 60 days (or until August 19, 2025) its postponement of the effective date of conditions referenced in 40 C.F.R. § 751.325(a)(2) for the conditions of use subject to the TSCA section 2605(g) exemptions. "*Extension of Postponement of Effectiveness for Certain Provisions of Trichloroethylene (TCE); Regulation under the Toxic Substances Control Act (TSCA)*" 90 Fed. Reg. 26453 (June 23, 2025). (attached as Exhibit 1). The notice was signed by the Administrator on June 17, 2025, and was inadvertently omitted from EPA's June 18, 2025 reply in support of an abeyance, ECF No. 65-1. In this response, the United States is providing the Court with the published version of this extension, which was published in the Federal Register on June 23, 2025. *Id.*

Respectfully submitted,

ADAM R. F. GUSTAFSON
  *Acting Assistant Attorney General*

*Of Counsel:*
STEPHANIE SCHWARZ
AMANDA WELLS
  Office of the General Counsel
  U.S. Environmental Protection Agency
  Washington, D.C.

 /s/ *Laura J. Brown*
LAURA J. BROWN
LAURA J. GLICKMAN
  *Environmental Defense Section*
  Environment and Natural Resources Division
  U.S. Department of Justice
  P.O. Box 7611
  Washington, D.C. 20044
  (202) 514-3376
  *Laura.J.S.Brown@usdoj.gov*

June 25, 2025

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the requirements of Fed. R. App. P. 27(d) because it contains 186 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: June 25, 2025

*/s/ Laura J. Brown*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service by the appellate CM/ECF system will be accomplished on the participants in this case that are registered CM/ECF users and have entered an appearance.

*/s/ Laura J. Brown*