UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-082

**No. <u>25-1055</u>**
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and
Service Workers International Union, AFL–CIO,
Petitioner
v.
United States Environmental Protection Agency

**No. <u>25-1079</u>**
American Chemistry Council and Georgia Chemistry Council,
Petitioners
v.
United States Environmental Protection Agency

**No. <u>25-1080</u>**
Microporous LLC,
Petitioner
v.
United States Environmental Protection Agency

**No. <u>25-1081</u>**
Ohio Chemistry Technology Council,
Petitioner
v.
United States Environmental Protection Agency

**No. <u>25-1082</u>**
Environmental Defense Fund,
Petitioner
v.
United States Environmental Protection Agency

**No. <u>25-1083</u>**
Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,
Petitioners
v.
United States Environmental Protection Agency

**No. 25-1084**
Trent Capital Partners,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1098**
United Automobile, Aerospace and Agricultural Implement Workers of America, AFL–CIO,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1118**
PPG Industries, Inc.,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1132**
Olin Corporation,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1133**
Missouri Alliance for a Strong U.S. Battery Sector,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-1144**
Center for Environmental Health,

Petitioner

v.

United States Environmental Protection Agency

**No. 25-<u>1509</u>**
Vinyl Institute, Inc.,

Petitioner

v.

United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)


Present:  KRAUSE, MATEY, and SCIRICA, <u>Circuit Judges</u>

_____ORDER_____

      Petitioners PPG Industries, Inc., Microporous LLC, and Alliance for a Strong U.S. Battery Sector are hereby instructed to submit supplemental letter briefs addressing:

(1) whether Petitioners' claims and stay motions are ripe, in light of (i) any hardship the parties may be experiencing pending judicial decision, and (ii) the EPA's stated intention to reconsider and modify the TCE Rule and multiple postponements of the Rule's effective date. *See, e.g.*, *Comite' De Apoyo A Los Trabajadores Agricolas v. Perez*, 774 F.3d 173 (3d Cir. 2014); *Louisiana Forestry Ass'n Inc. v. Sec'y U.S. Dept. of Lab.*, 745 F.3d 653 (3d Cir. 2014); *cf. Wyoming v. Zinke*, 871 F.3d 1133 (10th Cir. 2017).

(2) whether Petitioners, at this point, seek a stay of the entire Rule, or only the provisions presently subject to the Court's administrative stay.

Submissions shall not exceed 5 pages, single-spaced, and shall be filed by 5:00 pm on November 20, 2025.


      By the Court,

      <u>s/ Cheryl Ann Krause</u>
      Circuit Judge


Dated: November 7, 2025
Amr/cc: All counsel of record