No. 25-1055; 25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084; 25-1098; 25-1118; 25-1132; 25-1133; 25-1144; 25-1509
MCP No. 193

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL; MICROPOROUS, LLC; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; PPG INDUSTRIES, INC.; OLIN CORP.; AND VINYL INSTITUTE

*Petitioners*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondents.*

ON PETITION FOR REVIEW OF AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**RESPONDENTS' REQUEST FOR AN EXTENSION OF TIME FOR PARTIES TO SUBMIT SUPPLEMENTAL LETTER BRIEFS**

Respondents the United States Environmental Protection Agency and Lee Zeldin, Administrator, (collectively "EPA") seek a brief two week extension of time (until December 4, 2025) for Respondents; Petitioners PPG Industries, Microporous LLC, Alliance for a Strong U.S. Battery Sector; and Intervenors Environmental Defense Fund, USW, UAW, and the Center for Environmental Health ("collectively the Supplemental Briefing Parties") to file their supplemental letter briefs in response to the Court' November 7, 2025 Orders, ECF No. 71 and 72.[1] In support of this motion, EPA submits as follows:

1. In this consolidated action, multiple petitioners challenge EPA's final rule regulating trichloroethylene, also known as TCE, under the Toxic Substances Control Act. *See* "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)." 89 Fed. Reg. 102568 (the "Rule").

2. Petitioners PPG Industries, Microporous LLC, and Alliance for a Strong U.S. Battery Sector have filed motions to stay the Rule pending judicial review.

3. In June 2025, the Court referred the consolidated actions to mediation.

4. EPA would like to have additional communications with the assigned mediator and the Supplemental Briefing Parties regarding a potential upcoming

---

[1] Docket numbers are for the lead case, Civ. No. 25-1055.

1

EPA action before filing the supplemental letter briefs and, thus, requests a two-week extension of the deadline to engage in those discussions.

5. Petitioners PPG Industries, Microporous LLC, Alliance for a Strong U.S. Battery Sector; and Intervenors, USW, and UAW and Environmental Defense Fund do not oppose the relief sought in this motion and Intervenor the Center for Environmental Health takes no position.

**CONCLUSION**

For the foregoing reasons, and good cause shown, EPA respectfully requests that the Court issue an order extending all the Supplemental Briefing Parties' deadline to file the supplemental letter briefs ordered by the Court on November 7, 2025 by two weeks, or until December 4, 2025.

Respectfully submitted,

ADAM R. F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

| | |
|---|---|
| *Of Counsel:* | |
| STEPHANIE SCHWARZ | /s/ Laura J. Brown |
| AMANDA WELLS | LAURA J. BROWN |
| Office of the General Counsel | LAURA J. GLICKMAN |
| U.S. Environmental Protection Agency | Environment and Natural Resources Division |
| Washington, D.C. | U.S. Department of Justice |
| | P.O. Box 7611 |
| | Washington, D.C. 20044 |
| November 19, 2025 | (202) 514-3376 |
| | *Laura.J.S.Brown@usdoj.gov* |

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the requirements of Fed. R. App. P. 27(d) because it contains 303 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: November 19, 2025

                                                      */s/ Laura J. Brown*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service by the appellate CM/ECF system will be accomplished on the participants in this case that are registered CM/ECF users and have entered an appearance.

<em>/s/ Laura J. Brown</em>