

November 20, 2025

By CM/ECF

Ms. Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk 21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:     United Steel, Paper, and Forestry, Rubber, Manufacturing, Energy, Allied
> Industrial and Service Workers International Union, AFL-CIO, et al. v. EPA,
> No. 25-1055 (3d Cir.) and consolidated cases

Dear Ms. Dodszuweit:

We write in response to the Environmental Protection Agency's (EPA's) December 23, 2025, letter the Court, regarding earlier filings by the Union Petitioners and PPG, Inc. Case No. 25-1055, Dkt No. 78. EPA claims that in their November 20, 2025 filings, the Unions and PPG "went beyond the [Court's] request" and made a "novel request," to which EPA requests the opportunity to respond.

We strongly oppose EPA's belated request for more briefing on the pending stay motions. Contrary to EPA's assertion, the Unions are not "asking the Court to unilaterally set a new TCE concentration level." Rather, as we have repeatedly urged in previous filings, any stay issued in this case must narrowly apply only to the parties that have moved for a stay and only to the extent those parties have arguably demonstrated they would suffer "irreparable harm" from complying with the TCE rule pending review. *See* Emergency Motion of Labor and Environmental Petitioners for Revocation of the Fifth Circuit's Stay, Dkt No. 12 at 5; Union Petitioners' Opposition to Motion for a Stay Pending Judicial Review, Dkt. No. 49 at 13-20; Environmental and Union Petitioners' Opposition to EPA's Motion for Abeyance, Dkt. No. 62 at 13-16.

There is nothing "novel" in either PPG's or the Unions' November 20 filings. EPA has had ample opportunity to respond to the argument that, if the Court is inclined to issue any stay pending review, it should issue a partial stay that reflects the evidence before it. The fact that EPA has not done so to date does not warrant another round of briefing on the pending stay motions. We urge the Court to decide the motions forthwith.

(202)-256-4080

PO Box 3769, Washington, DC 20027

Respectfully submitted,

/s/ Randy Rabinowitz

/s/ Victoria L. Bor

Counsel for Union Petitioners