No. 25-1055; 25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084;
25-1098; 25-1118; 25-1132; 25-1133; 25-1144; 25-1509
MCP No. 193

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING,
ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION, AFL-CIO; ALLIANCE FOR A STRONG U.S.
BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL; MICROPOROUS,
LLC; ENVIRONMENTAL DEFENSE FUND; OHIO CHEMISTRY
TECHNOLOGY COUNCIL; OLIN CORPORATION; MISSOURI ALLIANCE
FOR A STRONG US BATTERY SECTOR; CENTER FOR ENVIRONMENTAL
HEALTH; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY
COUNCIL; TRENT CAPITAL PARTNERS, LLC; UNITED AUTOMOBILE
AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, AFL-CIO; PPG INDUSTRIES, INC.; AND VINYL INSTITUTE,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

_____

On Petition for Review of a Final Rule
of the Environmental Protection Agency

---

# CORRECTED INDUSTRY PETITIONERS' JOINT UNCONTESTED
# MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEFS

---

Pursuant to Fed. R. App. P. 27 and L.A.R. 31.4, Petitioners American Chemistry Council and Georgia Chemistry Council (No. 25-1079), Microporous LLC (No. 25-1080), Ohio Chemistry Technology Council (No. 25-1081), Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council (No. 25-1083), Trent Capital Partners (25-1084), PPG Industries, Inc. (25-1118), Olin Corporation (No. 25-1132), Missouri Alliance for a Strong U.S. Battery Sector (No. 25-1133), and Vinyl Institute, Inc. (25-1509) (together, "Industry Petitioners") jointly move the Court for a two-week extension of the deadline for opening briefs in this matter. Neither the remaining Petitioners in these consolidated cases nor Respondent U.S. Environmental Protection Agency opposes this motion. The grounds for this motion are as follows:

1.      In these consolidated cases, multiple petitioners challenge EPA's final rule entitled, "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)." 89 Fed. Reg. 102568 (the "Rule"). In all, thirteen petitions for review challenging the Rule were consolidated in this Circuit pursuant to the Judicial Panel on Multidistrict Litigation's January 15, 2025, order. *See* ECF No. 5.

2.      Prior to consolidation, the Fifth Circuit entered an administrative stay on January 13, 2025, which stayed the effective date of the Rule pending judicial review. This Court confirmed that the Fifth Circuit's stay remained in effect until further order of the Court on January 16, 2026. ECF No. 5. On March 28, 2025, the

1

Court lifted the administrative stay except as to certain provisions of the rule that are subject to a March 21, 2025, EPA notice pursuant to section 705 of the Administrative Procedure Act, 5 U.S.C. § 705. *See* Postponement of Effectiveness for Certain Provisions of Trichloroethylene (TCE); Regulation under the Toxic Substances Control Act (TSCA), 90 Fed. Reg. 14415 (Apr. 2, 2025); *see also* ECF No. 53.

3. On February 11, 2026, this Court lifted the administrative stay issued on March 28, 2025. *See* ECF No. 83. The next day, the Court issued a Briefing and Scheduling Order establishing briefing deadlines pursuant to Fed. R. App. P. 31(a)(1). *See* ECF No. 84-1.

4. Petitioners' opening briefs and joint appendix are currently due on March 24, 2026. Industry Petitioners request a two-week extension of that deadline until April 7, 2026.

5. Good cause supports extending the briefing deadlines in this consolidated action. Collectively, Industry Petitioners have filed nine petitions for review in total, though they plan to file no more than two opening briefs. Counsel for Industry Petitioners request an additional two weeks to coordinate briefing and minimize duplication.

6. In parallel, counsel for *all* parties to this consolidated action are currently endeavoring to reach a broader agreement on a full, revised briefing

schedule and how best to consolidate briefing and minimize duplication. The parties have not yet been able to reach an agreement. An additional two weeks will permit time for further negotiation, with the aim of reaching a joint proposal on revised deadlines and that streamlines briefing, avoids duplication, and otherwise promotes efficiency.

7.     This is the first request for an extension of time since the Court established a schedule for merits briefing in February.

For these reasons, Industry Petitioners jointly request the Court extend the deadline for filing opening briefs by two weeks.


Dated: March 13, 2026                          Respectfully submitted,

/s/ *Daniel J. Feith*                                  /s/ *David Y. Chung*
Daniel J. Feith                                        David Y. Chung
Samuel B. Boxerman                             Crowell & Moring LLP
Jeremy D. Rozansky                             1001 Pennsylvania Ave, NW
Sidley Austin LLP                                 Washington, DC 20004
1501 K Street, NW                               (202) 624-2587
Washington, DC 20005                          dchung@crowell.com
 (202) 736-8000
dfeith@sidley.com                                 *Counsel for American Chemistry*
                                                             *Council and Georgia Chemistry*
*Counsel for Alliance for a Strong U.S.*   *Council (No. 25-1079)*
*Battery Sector (No. 25-1083)*

/s/ David A. Terry
David A. Terry
Hunton Andrews Kurth
600 Travis Street
Suite 4200
Houston, TX 77002
(713) 220-4285
dterry@huntonak.com

*Counsel for Texas Chemistry Council (No. 25-1083)*

/s/ Barbara A. Smith
Barbara A. Smith
Bryan Cave Leighton Paisner, LLP
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2367
barbara.smith@bclplaw.com

*Counsel for Missouri Alliance for a Strong U.S. Battery Sector (No. 25-1133)*

/s/ Robert J. Karl
Robert J. Karl, Esq.
Eric B. Gallon
PORTER, WRIGHT, MORRIS & ARTHUR, L.L.P.
41 S. High Street, Suite 3000
Columbus, OH 43215
(614) 227-1925
rkarl@porterwright.com
egallon@porterwright.com

*Counsel for the Ohio Chemistry Technology Council (No. 25-1081)*

/s/ Steven D. Weber
Steven D. Weber
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
steveweber@parkerpoe.com

*Counsel for Microporous, LLC (No. 25-1080)*

/s/ Brandon O. Moulard
Brandon O. Moulard
Parker Poe Adams & Bernstein LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, GA 30309
(678) 690-5750
brandonmoulard@parkerpoe.com

*Counsel for Trent Capital Partners, LLC (No. 25-1084)*

/s/ Eric P. Gotting
Eric P. Gotting
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20001
(202) 434-4100
gotting@khlaw.com

*Counsel for PPG Industries, Inc. (No. 25-1118)*

4

/s/ Gregory A. Clark
Eric P. Gotting
Gregory A. Clark
Keller and Heckman LLC
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
(202) 434-4100
gotting@khlaw.com
clarkg@khlaw.com

*Counsel for Vinyl Institute, Inc. (No. 25-1509)*

s/ Keith Bradley
Keith Bradley
Kayla Marie Mendez
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Tel: (303) 830-1776
keith.bradley@squirepb.com
kayla.mendez@squirepb.com

Samuel B. Ballingrud
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
samuel.ballingrud@squirepb.com

W. Caffey Norman
2550 M Street NW
Washington, DC 20037
(202) 460-9495
caffeynorman@outlook.com
Norman Law & Policy PLLC

*Counsel for Olin Corporation (No. 25-1132)*

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion complies with the requirements of Fed. R. App. 27(d) because it contains 532 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: March 13, 2026

/s/ David Y. Chung
David Y. Chung