# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
### Nos. 25-1055 & 25-1098

---

**UNITED STEEL, PAPER and FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW**

**Petitioners,**

**v.**

**ENVIRONMENTAL PROTECTION AGENCY,**

**Respondent.**

---

### UNOPPOSED MOTION TO DISMISS

Petitioners, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO (Docket No. 25-1055), and International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, UAW (Docket No. 25-1098) request that the Court dismiss the above-captioned petitions for review.

The Unions filed these petitions intending to argue that EPA had a statutory duty to fully eliminate the unreasonable risk trichloroethylene poses to their members and that the TCE Rule, *Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)*, 89 Fed. Reg. 102568 (Dec. 17, 2024) ("TCE

Rule"), at issue in these cases failed to do so.  Given EPA's announced intent to revisit the TCE Rule, the Unions believe the rulemaking process is the better forum in which to debate where TCE exposure levels should be set to fully protect workers.

The Court has granted the Unions request to participate in these proceedings as intervenors in support of EPA (Order dated June 17, 2025, Docket No. 64).  The Unions intend to continue as parties to these proceedings as Intervenors.

Respondent Environmental Protection Agency does not oppose this request. Each party will bear its own costs and fees.

Dated: March 25, 2026

Respectfully submitted,

/s/ Randy Rabinowitz
Randy Rabinowitz
Occupational Safety and Health Law
Project
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety and Health Law
Project
P.O. Box 3769
Washington, D.C. 20027
(301) 785-3204
victoriabor87@gmail.com

*Counsel for United Steel, Paper, and Forestry, Rubber Manufacturing, Energy, Allied Industrial Workers International Union*

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure ("Rule") 27(d) because it contains 194 words, excluding the parts exempted by Rule 32(f). The motion also complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED: March 25, 2026

*/s/ Randy S. Rabinowitz*

Randy S. Rabinowitz

# CERTIFICATE OF SERVICE

I certify that today I filed the foregoing response brief by filing this document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit, through the Electronic Case Filing (ECF) system.

DATED: March 25, 2026

*/s/ Randy S. Rabinowitz*

Randy S. Rabinowitz