# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>25-1055, 25-1098</u>

United Steel Paper and Forestry Rubber Manufacturi v. EPA

(Agency Case No.: EPA-HQ-OPPT-2020-0642)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 25, 2026
AMR/cc:    Administrator,
Victoria L. Bor, Esq.
Laura J. Brown, Esq.
Laura J. Glickman, Esq.
Randy S. Rabinowitz, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate